**Allen Bruce HEMMINGS,**
**Plaintiff–Appellant,**

v.

**John J. ARMSTRONG, John O'Reilly, AAG, Defendants,**

**Michael Norko, Director, Whiting Forensic Institute, (Unknown) Calamaro, Deborah Ruth, Nurse, Russell Ferrigno, FTS, Angela (Unknown) Nurse, Donald Selby, FTS, Supervisor, Donald Donati, FTS, Raymond Morse, FTS, Joseph Janice, FTS, Lorenzo McGriff, FTS, Claire E. George, CTA, Retired, Norman Gardner, CTA, Retired, George Owens, CTA, Retired,**

**Thomas A. Twetten, CTA, Retired, Frank Lane, CTA, Retired, John Bailey, CT Chief State Prosecutor, Jonathan Kaplan, Judge, Rockville, CT. formerly Hartford, Howard Scheinblum, Hon., Judge, West Hartford, John Smith, Hon. Judge, West Hartford, Mark Brodsky, State Prosecutor, West Hartford, John V. Droney, Jr., formerly of Tarloff, Levy & Droney, Kenneth Levine, Tarloff, Levy, Droney, Brian Sullivan, Winstead, CT, Town Council, Tim Schumacher, Dr., also known as Unit 3 Team, Whiting Staff, Carol Caplan, also known as Unit 3 Team, Psychiatric Social Worker, Dr. Biassy, also known Unit 3 Team, (Unknown) Whiting, Staff, Frank Calamaro, Nurse, Department of Corrections, Defendants–Appellees.**

No. 01–6043.

United States Court of Appeals, Second Circuit.

Nov. 8, 2001.

Allen Bruce Hemmings, North Bend, WA, pro se.

Eileen Meskill, Assistant Attorney General, Hartford, CT; Richard Blumenthal, Attorney General, Richard J. Lynch, Assistant Attorney General, on the brief for Deborah Ruth, Donald Selby, FTS, Supervisor, Lorenzo McGriff, FTS, Timothy Schumacher, Dr., Whiting Staff, Carol Caplan, Psychiatric Social worker, Dr. Earle Biassey, for appellees.

Present POOLER, KATZMANN, Circuit Judges, HURD, District Judge.*

---

* The Honorable David N. Hurd, United States District Court Judge for the Northern District

## SUMMARY ORDER

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the order of said District Court be and it hereby is **AFFIRMED.**

Allen Bruce Hemmings appeals from an order of the United States District Court for the District of Connecticut (Arterton, *J.*) granting summary judgment to defendants.

Hemmings brought this action pursuant to 42 U.S.C. § 1983 after being detained at the Whiting Forensic Division of Connecticut Valley Hospital ("Whiting"). In addition to his § 1983 action, Hemmings alleged coercion, threats, violations of the Racketeer Influenced and Corrupt Organizations (RICO) Act, 1982 Victim and Witness Protection Act, the International Child Abduction Act and the Missing Child Act. Hemmings alleged the Whiting defendants conspired to illegally confine and mistreat him. The district court granted defendants' summary judgment.

of New York, sitting by designation.

On appeal, Hemmings primarily argues the district court erred in dismissing some defendants; that the district court judge was biased against him; and the district court erred in finding defendants were protected by qualified immunity.

We review both grants of summary judgment and grants of motions for dismissal *de novo. Beatie v. City of New York,* 123 F.3d 707, 710 (2d Cir.1997); *PaineWebber Inc. v. Bybyk,* 81 F.3d 1193, 1197 (2d Cir.1996). Our review of the record reveals no bias on the part of the district court. We affirm primarily for the reasons given in the district court's thorough opinion.

We have examined the remainder of Hemmings' claims and we find them without merit.